THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUSTO RICHARDS, Appellant, v BRUCE YELICH, as Superintendent of Bare Hill Correctional Facility, Respondent.

Submitted September 6, 2011; decided November 17, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.